UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 20-MJ-5** |
| : | |
| **SHAUN MARVIN,** : | |
| **Defendant.** : | |

## CONSENT MOTION TO CONTINUE STATUS HEARING AND FOR EXCLUDABLE DELAY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Status Hearing in the above-captioned matter from April 16, 2021 to June 14, 2021. The Government and the defendant agree that there is good cause to exclude time under the Speedy Trial Act from April 16, 2021 until June 14, 2021. Defendant concurs in this request and agrees that it is in his best interest. In support thereof, the government states as follows:

1. The government and counsel for the defendant have conferred, and are continuing to communicate in an effort to resolve this matter.

2. The parties, therefore, would respectfully request that the status hearing and the date by which an information or an indictment must be filed be continued until June 14, 2021. The parties agree that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A),

and the parties request an order to that end. The parties agree that pursuant to 18 U.S.C. § 3161, the time from April 16, 2021, through June 14, 2021, shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the Status Hearing in this matter until June 14, 2021.

                              Respectfully submitted,

                              CHANNING D. PHILLIPS
                              ACTING UNITED STATES ATTORNEY

By:   /s/   Janani Iyengar
        Janani Iyengar
        Assistant United States Attorney
        NY State Bar No. 5225990
        U.S. Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-252-7760
        Janani.iyengar@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIMINAL NO. 20-MJ-5 |
| : | |
| **SHAUN MARVIN,** : | |
| **Defendant.** : | |

### ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to continue the currently scheduled status hearing for April 16, 2021 to June 14, 2021; it is

FURTHER ORDERED that the period from April 16, 2021 to June 14, 2021 be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7).  The Court finds that the parties are in discussions to reach a pre-trial resolution and to discuss discovery matters.

It Is So Ordered.

_____
G. Michael Harvey
United States Magistrate Judge

Entered: _____